**No. 49322.**—Protest 105339–K of M. Pressner & Co. (New York).

Opinion by LAWRENCE, J. The record fully supported the claim that the pencil sharpeners in question are similar to those involved in Abstract 41633, the record in which case was incorporated herein. The claim at 40 percent under paragraph 339 was therefore sustained.